# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title:                         Case Number: **25 CV 10528**

**Trustees of the N.E.C.A. - IBEW Local 176 Health, Welfare, Pension, Vacation and Training Trust Funds**
        v.
**Seico, Inc.,**

An appearance is hereby filed by the undersigned as attorney for:

**Defendant, Seico, Inc.**

Attorney Name: **Todd A. Miller**

Firm: **Allocco, Miller & Cahill, P.C.**

Street Address: **20 N. Wacker Drive, Suite 3517**

City/State/Zip: **Chicago, Illinois 60606**

Bar ID Number: **6216561**          Telephone Number: **(312) 675-4325**

Email Address: **tam@alloccomiller.com**

Are you acting as lead counsel in this case?    [✔] Yes   [ ] No

Are you acting as local counsel in this case?    [ ] Yes   [✔] No

Are you a member of the court's trial bar?    [✔] Yes   [ ] No

If this case reaches trial, will you act as the trial attorney?    [✔] Yes   [ ] No

If this is a criminal case, check your status.
     [ ] Retained Counsel
     [ ] Appointed Counsel

If appointed counsel, are you Federal
     [ ] Defender
     [ ] CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 2/26/2026

Attorney signature:     S/ *Todd A. Miller*