UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE N.E.C.A – IBEW LOCAL 176 HEALTH, WEFARE, PENSION, VACATION AND TRAINING TRUST FUNDS, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 25-cv-10528 |
| v. | ) ) | Hon. Steven C. Seeger |
| SEICO, INC. | ) ) ) | |
| Defendant. | ) ) | |

**UPDATED STATUS REPORT**

The parties, in accordance with this Court's February 10, 2026 order, provide an updated status as follows:

This is an ERISA suit to recover fringe benefit audit findings. The audit has received initial challenges, and was updated. Since the filing of the initial status report, Defendant has provided additional challenges along with an initial offer based on those challenges being accepted. Plaintiffs have reviewed the challenges and forwarded them to the auditor for review. To date, the auditor is still reviewing the challenges, but hopes to have a response soon. Depending on the result of the challenges, Plaintiffs will then have to review the offer with the Trustees to provide a response. The parties would request a subsequent status date in 30 days to update this Court on the status of the settlement negotiations.

Respectfully submitted,

TRUSTEES OF THE N.E.C.A. – IBEW LOCAL 176 HEALTH, WELFARE, PENSION, VACATION, AND TRAINING TRUST FUNDS,

By: _/s/ Paul M. Egan_____
      One of their Attorneys

Paul M. Egan
Arnold and Kadjan, LLP
35 E. Wacker Dr., Suite 600
Chicago, IL 60601
pe@aandklaw.com
(312)236-0415

SEICO, INC.,

By: _/s/ Todd A. Miller_____
      One of their Attorneys

Todd A. Miller
Kathleen M. Cahill
Allocco, Miller & Cahill P.C.
20 N. Wacker Dr., Suite 3517
Chicago, IL 60606
tam@alloccomiller.com
(312) 675-4325