**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Trustees of the N.E.C.A. – IBEW Local 176 Health,
Welfare, Pension, Vacation and Training Trust Funds

                                                            Plaintiff,

v.                                                          Case No.:
                                                            1:25−cv−10528
                                                            Honorable Steven C.
                                                            Seeger

Seico, Inc.

                                                            Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 21, 2026:

        MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the status report dated March 2, 2026. (Dckt. No. [14]) The parties stated that they were reviewing challenges to the audit report, and asked to check in with the Court in a month. Since then, about a month and a half have passed. The parties must file a status report within one week of entry of this order. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.