**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TRUSTEES OF THE N.E.C.A – IBEW LOCAL 176 HEALTH, WEFARE, PENSION, VACATION AND TRAINING TRUST FUNDS, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 25-cv-10528 |
| v. | ) ) | Hon. Steven C. Seeger |
| SEICO, INC. Defendant. | ) ) ) ) ) | |

**UPDATED STATUS REPORT**

The parties, in accordance with this Court's April 21, 2026 order, provide an updated status report as follows:

Plaintiffs made an initial offer based on erroneous challenges. After discussion between counsel, Defendant has discussed the issues with the initial offer, and anticipates a revised offer within 7 days, so the parties request a status in 30 days.

Respectfully submitted,

Arnold and Kadjan, LLP
35 E. Wacker Dr., Suite 600
Chicago, IL 60601
pe@aandklaw.com
(312) 236-0415

TRUSTEES OF THE N.E.C.A. – IBEW
LOCAL 176 HEALTH, WELFARE,
PENSION, VACATION, AND
TRAINING TRUST FUNDS,

By: /s/ Paul M. Egan
    One of their Attorneys

Todd A. Miller
Kathleen A. Miller
Allocco, Miller & Cahill P.C.
20 N. Wacker Dr., Suite 3517
Chicago, IL 60606
tam@alloccomiller.com
(312) 675-4325

SEICO, INC.,

By: /s/ Todd A. Miller
    One of their Attorneys