# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Trustees of the N.E.C.A. – IBEW Local 176 Health,
Welfare, Pension, Vacation and Training Trust Funds

          Plaintiff,

v.
          Case No.:
          1:25−cv−10528
          Honorable Steven C.
          Seeger

Seico, Inc.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 4, 2026:

     MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the status report. (Dckt. No. [16]) The parties are talking settlement. The parties must file a status report within four weeks of entry of this order. The Court encourages the parties to discuss settlement in good faith. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.