**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

TRUSTEES OF THE N.E.C.A – IBEW )
LOCAL 176 HEALTH, WEFARE, )
PENSION, VACATION AND TRAINING )
TRUST FUNDS, )
                   )
           Plaintiffs, )      Case No. 25-cv-10528
                   )
        v. )      Hon. Steven C. Seeger
                   )
SEICO, INC. )
           Defendant. )
_____ )

**UPDATED STATUS REPORT**

The parties, in accordance with this Court's April 21, 2026 order, provide an updated status report as follows:

Defendant made an updated offer after the last status report was filed. Plaintiffs discussed the offer, and have made a reduced counter-demand to defendants. The parties would request 14 days to allow plaintiff's counsel to discuss the counter-demand with his client, in hopes that the matter can be resolved. The parties would request an updated status in 21 days.

                                      Respectfully submitted,

Arnold and Kadjan, LLP              TRUSTEES OF THE N.E.C.A. – IBEW
35 E. Wacker Dr., Suite 600         LOCAL 176 HEALTH, WELFARE,
Chicago, IL  60601                PENSION, VACATION, AND
pe@aandklaw.com                TRAINING TRUST FUNDS,
(312) 236-0415

                                 By:  /s/ Paul M. Egan
                                        One of their Attorneys

Todd A. Miller                           SEICO, INC.,
Kathleen A. Miller
Allocco, Miller & Cahill P.C.          By:  /s/ Todd A. Miller
20 N. Wacker Dr., Suite 3517           One of their Attorneys
Chicago, IL 60606
tam@alloccomiller.com
(312) 675-4325