**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

TRUSTEES OF THE N.E.C.A – IBEW )
LOCAL 176 HEALTH, WEFARE, )
PENSION, VACATION AND TRAINING )
TRUST FUNDS, )
          )
            Plaintiffs, )     Case No. 25-cv-10528
          )
       v. )     Hon. Steven C. Seeger
          )
SEICO, INC. )
          )
            Defendant. )

## JOINT STIPULATION TO DISMISS

Plaintiffs, Trustees of the Health, Welfare, Pension, Vacation and Training Trust Funds of

NECA - IBEW Local 176 and Defendant, Seico Inc., ("Defendant") by and through their attorneys,

hereby submit this Joint Stipulation to Dismiss the above-captioned action, with each party to bear

its own costs and attorneys' fees, pursuant to Federal Rule of Civil Procedure 41(a) and the parties'

Settlement Agreement, and dismiss this matter with prejudice and without costs.

Respectfully submitted,

TRUSTEES OF THE N.E.C.A. – IBEW
LOCAL 176 HEALTH, WELFARE,
PENSION, VACATION, AND TRAINING
TRUST FUNDS,

By: _/s/ Paul M. Egan_____
       One of their Attorneys

Date: July 9, 2026_____

Paul M. Egan
Arnold and Kadjan, LLP
35 E. Wacker Dr., Suite 600
Chicago, IL 60601
pe@aandklaw.com
(312)236-0415

SEICO, INC.,

By: _/s/ Todd A. Miller_____
       One of their Attorneys

Date: July 9, 2026_____

Todd A. Miller
Kathleen M. Cahill
Allocco, Miller & Cahill P.C.
20 N. Wacker Dr., Suite 3517
Chicago, IL 60606
tam@alloccomiller.com
(312) 675-4325