## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Trustees of the N.E.C.A. – IBEW Local 176 Health,
Welfare, Pension, Vacation and Training Trust Funds

Plaintiff,

v.

Case No.:
1:25−cv−10528
Honorable Steven C.
Seeger

Seico, Inc.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 14, 2026:

     MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the stipulation to dismiss (Dckt. No. [20]), which is self−effectuating under Rule 41(a)(1)(A)(ii). The complaint is dismissed with prejudice. The case is closed. Civil case terminated. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.